IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00350–EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JAMES JAY BOBO,

        Defendant.

---

## ORDER SETTING TRIAL PREPARATION CONFERENCE

---

        This matter having been set for trial commencing on **December 18, 2006**, it is now

**ORDERED** as follows:

        1.  The court will hold a trial preparation conference commencing at 9:30 o'clock a.m. on

Wednesday, December 6, 2006, in Courtroom A1001 of the Alfred A. Arraj United States

Courthouse, Denver, Colorado.

        2.  In preparing for and participating in the conference, the parties and counsel will follow

the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is

available on the court's website, www.cod.uscourts.gov.

        Dated this 15th day of November, 2006.

                                BY THE COURT:

                                S/ Edward W. Nottingham
                                United States District Judge